**Exhibit 1**

**To Declaration of LtCol Avery A. Trainor, USMC**

**In Support of Plaintiff's Motion for a Preliminary Injunction**

**(*This Exhibit is Subject to the Contemporaneously File Motion to Seal*)**