# **Exhibit 1**

## **To Plaintiff's Opposition to Partial Consent Motion for Extension of Time to Respond to the Motion for Preliminary Injunction**

**From:** Settle, Samuel (USADC)
**To:** Dorner, Drew T.; Simpson, John M.
**Subject:** 26-3029 Trainor v. United States of America et al. - introduction, possible stay
**Date:** Tuesday, September 1, 2026 4:20:47 PM
**Attachments:** USA v. Talbott SCOTUS Petition.pdf

ⓘ First time sender ❯

Hello Mr. Dorner and Mr. Simpson,

I am an AUSA who has been assigned to 26-3029 *Trainor*. I'll be entering an appearance shortly, but I'm reaching out to discuss the schedule and see whether Plaintiff would be open to a temporary stay of this action. There are two primary reasons why a stay makes sense for both parties at this juncture:

**1. Pending Class Certification in *Talbott***
There is a motion for class certification currently pending before Judge Reyes in 25-0240 *Talbott et al. v. Trump*. Plaintiffs in Talbott seek to certify a class comprising "all transgender individuals who, on or after the date this lawsuit was filed, are or were in active duty service in the United States military." ECF No. 118. My understanding is that Lt. Col. Trainor would be a member of the putative class. Staying this matter pending the Court's ruling on class certification avoids duplicative litigation and conserves judicial resources.

**2. Supreme Court Review of the *Talbott* Preliminary Injunction**
The Solicitor General has petitioned the Supreme Court for a writ of certiorari regarding the preliminary injunction in *Talbott* (copy attached). The Supreme Court's action on that petition will significantly clarify the legal framework applicable here.

A stay would allow the parties and the Court to avoid emergency briefing on overlapping issues while these threshold posture questions in *Talbott* are resolved.

Can you let me know if Plaintiff would be open to stipulating to a stay?

Best regards,
Samuel

Samuel Settle
Assistant United States Attorney
United States Attorney's Office for the District of Columbia
601 D Street NW
Washington, DC 20530

Office Phone: (202) 252-7705