UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AVERY A. TRAINOR,<br>*Plaintiff*,<br>v.<br>UNITED STATES OF AMERICA, *et al.*,<br>*Defendants*. | Civil Action No. 26-3029 (ACR) |

**CONSENT MOTION TO RESCHEDULE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Defendants, by undersigned counsel, respectfully move this Court to reschedule the hearing on Plaintiff's Motion for a Preliminary Injunction, currently scheduled for Monday, September 21, 2026 (Yom Kippur). Counsel for Defendant Department of War would like to attend this hearing. However, due to religious observance of Yom Kippur, agency counsel will not be able to attend on that date. Defendants respectfully request that the Court, if possible, reschedule the hearing to September 22 or another day that week. Pursuant to Local Civil Rule 7(m), the parties conferred, via counsel, and counsel for Plaintiff has consented to rescheduling the hearing to September 22.

In the event that the Court is unable to reschedule this hearing, the undersigned will still appear for Defendants.

This motion is being filed in good faith and not for purposes of delay. No party will be materially prejudiced by the rescheduling requested. This is Defendants' first motion to reschedule the hearing. A proposed order is attached.

* * *

Dated: September 15, 2026

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Samuel G. Settle*
SAMUEL G. SETTLE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7705
samuel.settle@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AVERY A. TRAINOR,

*Plaintiff*,

v.

UNITED STATES OF AMERICA, *et al.*,

*Defendants*.

Civil Action No. 26-3029 (ACR)

**[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants' motion to reschedule, and the entire record herein, it is hereby

ORDERED that Defendants' motion is GRANTED, and it is further

ORDERED that the parties shall appear for a hearing on Plaintiff's Motion for Preliminary Injunction on September 22, 2026. The parties shall contact the Courtroom Deputy (Chashawn_White@dcd.uscourts.gov) to schedule this hearing.

SO ORDERED:

Date

ANA C. REYES
United States District Judge